UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA ) No. 4:24CR 00214 LPR
)
v. ) 18 U.S.C. §§ 933(a)(1) & (a)(3)
) 18 U.S.C. § 922(d)
CAMERON VINCENT CARTER, JR. )

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 0 3 2024

TAMMY H. DOWNS, CLERK

By:_____
DEP CLERK

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT 1**

In or about January 2023, until in or about June 2023, in the Eastern District of Arkansas,

the defendant,

CAMERON VINCENT CARTER, JR.,

did ship, transport, transfer, cause to be transported, or otherwise dispose of a firearm, to wit: a

Ruger, Model LCP, .380 caliber pistol, bearing serial number 372124658, to another person, in or

affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or

possession of the firearm by that person would constitute a felony, and did attempt and conspire

to do so, in violation of Title 18, United States Code, Sections 933(a)(1) and (a)(3).

**COUNT 2**

In or about January 2023, until in or about June 2023, in the Eastern District of Arkansas,

the defendant,

CAMERON VINCENT CARTER, JR.,

sold or otherwise disposed of a firearm to another person, knowing or having reasonable cause to

believe that such person had been convicted of a crime punishable by imprisonment for a term

exceeding one year, in violation of Title 18, United States Code, Section 922(d).

U.S. v. Cameron Vincent Carter, Jr. Page **1** of **2**

## FORFEITURE ALLEGATION

Upon conviction of the offenses alleged in Count 1 or 2 of this Indictment, the defendant, CAMERON VINCENT CARTER, JR., shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

☐    NO TRUE BILL.                ☑    TRUE BILL.

**REDACTED SIGNATURE**

FOREPERSON OF THE GRAND JURY

JONATHAN D. ROSS
UNITED STATES ATTORNEY

By Kristin H. Bryant
AR Bar No. 2009156
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR 72203
Telephone: (501) 340-2600
E-mail: Kristin.Bryant@usdoj.gov

U.S. v. Cameron Vincent Carter, Jr. Page **2** of **2**